■ MICHAEL C. CLARK, Appellant, v TOWN OF SCRIBA et al., Respondents, et al., Defendant. TOWN OF SCRIBA, Third-Party Plaintiff, v OSWEGO EXCAVATING, INC., Doing Business as J. W. PRITCHARD CONSTRUCTION CO., INC., Third-Party Defendant-Respondent. LAKELAWN TRANSPORT CORPORATION, Third-Party Plaintiff, v HERBERT F. DARLING, INC., Third-Party Defendant. (Appeal No. 2.) [719 NYS2d 915] —Order unanimously reversed on the law without costs, motion denied and Labor Law § 241 (6) claim against defendant Town of Scriba reinstated. Same Memorandum as in *Clark v Town of Scriba* (280 AD2d 915 [decided herewith]). (Appeal from Order of Supreme Court, Oswego County, Nicholson, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Pine, Hayes, Kehoe and Burns, JJ.